No. 94–1293. MISSISSIPPI v. DUPLANTIS. Sup. Ct. Miss. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 94–1597. TRANSCRAFT CORP. ET AL. v. LIBERTY MUTUAL INSURANCE CO., INC., ET AL. C. A. 7th Cir. Motion of petitioners for leave to file affidavit of Stewart C. Myers denied. Certiorari denied.

No. 94–8637. JOSE v. UNITED ENGINEERS & CONSTRUCTORS, INC., ET AL. C. A. 5th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 94–8638. JOSE v. HARMON, JUDGE, UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, ET AL. C. A. 5th Cir. Certiorari before judgment denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 94–9230 (A–856). WARD v. CAIN, WARDEN. Sup. Ct. La. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

No. 94–9266 (A–874). WARD v. CAIN, WARDEN. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS would grant the application for stay of execution.

No. 94–1146. WALSH v. SOUTHWEST FLAGLER ASSOCIATES, LTD., *ante*, p. 1016;

No. 94–1283. QUALLS v. REGIONAL TRANSPORTATION DISTRICT ET AL.; and QUALLS ET AL. v. REGIONAL TRANSPORTATION DISTRICT ET AL., *ante*, p. 1010;

No. 94–1325. JACKSON ET AL. v. UNITED STATES, *ante*, p. 1005;

No. 94–6940. FOSTER v. MISSISSIPPI, *ante*, p. 1019;

No. 94–6974. DEL VECCHIO v. ILLINOIS DEPARTMENT OF CORRECTIONS, *ante*, p. 1037;

No. 94–7164. CERNY v. WOOD, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY, *ante*, p. 1037;